PROB 12C
(6/16)

Report Date: April 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Oray Papa Fifer | Case Number: 0980 2:21CR00009-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Michael R. Hogan, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 16, 2000

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 846 and 841(b)(1)(A); Distribution of Cocaine, 21 U.S.C. § 841(b)(1)(A); Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(b)(1)©; Use of a Firearm in a Drug Trafficking Crime, 18 U.S.C. § 924(c); |
| Original Sentence: | Prison - 300 months           Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | George JC Jacobs, III           Date Supervision Commenced: August 4, 2020 |
| Defense Attorney: | Federal Defender's Office      Date Supervision Expires: August 3, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

On October 2, 2020, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Fifer as outlined in the judgment and sentence. Mr. Fifer acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| **Violation Number** | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 10, 2022, Mr. Fifer allegedly violated mandatory condition 2 after being arrested for driving under the influence (DUI)  in Post Falls, Idaho.<br><br>According to Post Falls Police Department (PFPD) incident report 22-PF08585, on April 10, 2022, at approximately 2:30 a.m., local law enforcement officers were dispatched to a suspicious vehicle in Post Falls, Idaho. The officers arrived and found the vehicle running while blocking traffic in an intersection and the occupants appeared to be "passed out." Officers on scene were able to contact Mr. Fifer who was operating the vehicle and questioned him about his behavior. The smell of alcoholic beverages emanating from Mr. Fifer, paired with his disoriented responses, was quickly noted by the officers. Mr. Fifer was asked to perform standard filed sobriety tests to determine if he was able to safely operate |

Prob12C
**Re: Fifer, Oray Papa**
**April 13, 2022**
Page 2

      a vehicle. Mr. Fifer agreed to the testing, but ultimately failed the field sobriety tests and was arrested for driving under the influence and transported to the Kootenai County Jail.

2    **Special Condition #3**: The defendant shall be prohibited from possessing or ingesting alcohol; neither shall he enter establishments where alcohol is the chief item of sale during the term of supervision.

    **Supporting Evidence**: Mr. Fifer allegedly violated the above-stated condition of supervision by ingesting alcohol.

    According to PFPD incident report 22-PF08585, Mr. Fifer initially denied alcohol consumption, but later admitted to PFPD officers that he had consumed Budweiser beer.

3    **Standard Condition #1**: You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.

    **Supporting Evidence**: Mr. Fifer allegedly violated the above-stated condition by leaving the Eastern District of Washington without permission of the Court or probation officer.

    Specifically, on April 10, 2022, Mr. Fifer was arrested in Post Falls following a traffic stop by PFPD. Mr. Fifer did not have permission to be in the District of Idaho on that date.

4    **Standard Condition #11**: You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

    **Supporting Evidence**: Mr. Fifer allegedly violated the above-stated condition of supervision by failing to notify the undersigned officer that he was arrested for DUI on April 10, 2022.

    Mr. Fifer bonded out of the Kootenai County Jail the same day of his arrest, April 10, 2022. Mr. Fifer failed to report his arrest to the undersigned officer within 72 hours.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/13/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Fifer, Oray Papa
April 13, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

4/13/2022
Date